PROB 12C
(6/16)

Report Date: July 3, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Horacio Luna Cano      Case Number: 0980 2:17CR00101-WFN-22

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 13, 2019

| | | |
|---|---|---|
| Original Offense: | Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: | Prison - 566 days; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: March 13, 2019 |
| Defense Attorney: | Terence Michael Ryan | Date Supervision Expires: March 12, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Mr. Cano violated the terms of his supervised release by returning to the United States without advance legal permission from the United States Attorney General or his designee. |
| | On March 13, 2019, Horacio Luna-Cano was sentenced after pleading guilty to Misprision of a Felony, in violation of 18 U.S.C. § 4. He was sentenced to credit for time served and 1 year of supervised release. In addition to the mandatory and standard conditions of supervision, Mr. Cano was also ordered special condition number 1, noted above. |
| | On July 2, 2019, Mr. Cano attempted to enter the United States and was arrested in Calexico, California. Mr. Cano admitted to being a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain legally in the United States. Mr. Cano admitted to illegally entering the country. |

Prob12C
**Re: Cano, Horacio Luna**
**July 3, 2019**
**Page 2**

    2    <u>**Mandatory Conditions # 1**</u>: You must not commit another federal, state or local crime.

<u>**Supporting Evidence**</u>: Mr. Cano violated the terms of his supervised release by committing a new law violation by illegally re-entering the United States.

On March 13, 2019, Horacio Luna-Cano was sentenced after pleading guilty to Misprision of a Felony, in violation of 18 U.S.C. § 4. He was sentenced to credit for time served and 1 year of supervised release.

On July 2, 2019, Mr. Cano attempted to enter the United States and was arrested in Calexico, California. Mr. Cano admitted to being a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain legally in the United States. Mr. Cano admitted to illegally entering the country. The Southern District of California has charged Mr. Cano with Attempted Entry After Deportation, in violation of 8 U.S.C. § 1326.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 3, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

7/3/2019
Date